UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DARWIN LYNN CRAIG, | ) |
| Movant, | ) |
| | ) |
| | ) No. 1:16-CV-218 SNLJ |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The motion appears to be time-barred, and the Court will order him to show cause why it should not be summarily dismissed.

On September 3, 2013, movant pled guilty to felon in possession of a firearm. On March 24, 2014, the Court sentenced him to 100 months' imprisonment.

In the instant motion, movant argues that, in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015), he no longer qualifies as a career offender because controlled substance offenses are no longer grounds for enhancement under U.S.S.G. § 4B1.1(a). The Supreme Court decided *Johnson* on June 26, 2015. Movant placed his § 2255 motion in the prison mail system on August 10, 2016.

Under 28 U.S.C. § 2255(f):

> A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of--
>
> . . .
>
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the

> Supreme Court and made retroactively applicable to cases on collateral review; or
>
> . . .

A district court may consider, on its own initiative, whether a habeas action is barred by the statute of limitations. *Day v. McDonough*, 547 U.S. 198, 210 (2006). However, before dismissing a habeas action as time-barred, the court must provide notice to the movant. *Id.*

A review of the instant motion indicates that it is time-barred under 28 U.S.C. § 2255(f)(3) and is subject to summary dismissal. The deadline for filing cases under *Johnson* was June 27, 2016. Movant did not file this action, however, until August 10, 2016. As a result, the Court will order him to show cause why this action should not be summarily dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that movant shall show cause, in writing and no later than twenty-one (21) days from the date of this Order, why this action should not be dismissed as time-barred.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, this action will be dismissed without further proceedings.

Dated this 16th day of August 2016.

        /s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE